75,635-01

COURT OF APPEALS OF TEXAS,

AMARILLO.

This document contains some pages that are of poor quality at the time of imaging.

APPELLATE CAUSE NO. 07-08-0170-CR.

DAVID G. SCHOOR
  Appellant;

§
§
§
§

v.

§
§
§
§
§
§
§
§

STATE OF TEXAS
  Appellee

An Appeal from the circuit
court of Lubbock county

Lower
Cause No. 2007-415,205-A

The Honorable Hon. BRADLEY
UNDERWOOD.
      JUDGE

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

MOTION DENIED
DATE: 2-11-15
BY: P.C

MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this court to issue an order commanding the Public Defender or one of his duly authorized deputies to cause a true, complete, and accurate copy of the Record filed in the above-entitled appeal to be delivered to appellant, without cost and at the earliest possible date, so that appellant can prepare a petition for post-coviction Relief (P-CR). In support of this motion, Appellant would show the court as follows:

1.  That he is the Appellant in the above-captioned appeal.

2.  That on the 19th day of Feb 2009 this court affirmed the judgment of the trial court.

3.  That Appellant is in the process of researching and preparing a P-CR petition to challenge his conviction and sentence in the trial court.

4.  In order for Appellant to prepare an adequate P-CR petiton he needs access to the record filed in this appeal.

5.  That Appellant will be filing a pro se P-CR petition.

(1)

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true, complete and accurate copy of the record filed in this appeal to be withdrawn photocopied, and delivered to the Appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this ___29___ day of _January_ 2015.


_____
Appellant-Defendant pro se

(2)

STATE OF TEXAS )
)) SS:
COUNTY OF LUBBOCK )
)

## AFFIDAVIT OF INDIGENCY

___I, the undersigned, being first duly sworn upon my oath, deposes and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I an entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I request.

4. ITthe undersigned affirm under penalties for perjury that the foregoing representstions are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

_____
Appellant- Defendant pro se

(3)

COURT OF APPEALS OF TEXAS,

AMARILLO.

APPELLATE CAUSE NO. 07-08-0170-CR.

| | | |
|---|---|---|
| DAVID G. SCHOOR<br>Appellant; | § <br> § <br> § | An Appeal from the circuit<br>court of Lubbock county |
| v. | § <br> § <br> § | Lower<br>Cause No. 2007-415,205-A |
| STATE OF TEXAS<br>Appellee; | § <br> § <br> § <br> § ,<br> § | the Honorable Hon. Bradley<br>Underwood.<br>Judge |

APPELLANT'S PRO SE ENTRY OF APPEARANCE

Comes now Appellant, pro se, and in compliance with the rules of appellate procedure and files his appearnce form as follows:

1. That a petition to obtain a copy of the record proceedings filed in the above-captioned appeal is being submitted herewith by appellant, who resides at: Bill Clements Unit  9601 spur 591 Amarillo Tx. 79107.

2. Appellant does not have a telephone number or E-mail.

3. That Appellant is unable to and cannot receive service of orders and opinions by Fax or anf other electronic means.

4. That Appellant is preparing and filing a pro se petition for post-conviction relief in the trial court, as more fully appears in his motion for copy of record of proceedings.

_____
Appellant-Defendant pro se

(4)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this **29** day of **January**, 20 **15**, I served a true and correct copy of the foregoing: *Motion for copy of Record of Proceeding* upon:

Clerk Louise Pearson
Court of criminal Appeals
P.O. Box 12308 capital station
Austin, Tx. 78711

Attorney General
P.O. Box 12548 capital station
Austin, Tx. 78711

by submitting same to a designated civilian employee of the Department of criminal justice for prompt processing and mailing by authorized prison personnel within the facility mailroom, with sufficient first class postage affixed, and it shall be deemed filed as of the above date.

Respectfully submitted

*David Glen Schoor*
signature

David Glen Schoor    pro se
name printed

D.OC or T.D.C.J. # **1509964**

Bill clements Unit 9601 spur 591
Mailing address

Amarilla, Texas         79107
City          state          zip code

(5)

DAVID G. SCHOOR

    APPELLANT;

§
§
§
§
§
§
§
§
§
§
§
§
§

V.

STATE OF TEXAS

    APPELLEE;

AN APPEAL FROM THE CIRCUIT

COURT OF LUBBOCK COUNTY


LOWER
CAUSE NO. 2007-415,205-A


THE HONORABLE HON. BRADLEY

UNDERWOOD.

         JUDGE

### MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this court to issue an order commanding the Public Defender or one of his duly authorized deputied to cause a true, complete, and accurate copy of the record filed in the above-entitled appeal to be delivered to appellant, without cost and at the earliest possible date so that appellant can prepare a petition for post-conviction relief & (P-CR). In support of this motion, Appellant would show the court as follows:

1. That he is the appicant Appellant in the above-captix captioned appeal.

2. That on the 19th day of Feb 2009 this court affirmed the judgment of the trial court.

3. That Appellant is in the process of reseaching and preparing a P-CR petition to challenge his conviction and sentence in the trial court.

5. That Appellant will be filing a pro-se P-CR petition.

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true complete and accurate copy of the record filed in this inant Appeal to be withdrawn , photocopied, and delivered to the appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this ___29___ day of _January_ 2015.


_____
Appellant-Defendant pro-se

STATE OF TEXAS §
                §
COUNTY OF LUBBOCK § SS:
                §
                §

## AFFIDAVIT OF INDIGENCY

I, the undersigned, being first duly sworn upon my oath, depose and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I am entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I request.

I the undersigned affirm under penalties for perjury that the foregoing representation are true to the best of my knowledge and belief.

## FURTHER AFFIANT SAYETH NOT.

_____
Appellant- Defendant pro se

DAVID G. SCHOOR
   Appellant;

§
§
§
§

v.

§
§
§
§

STATE OF TEXAS
   Appellee;

§
§

An Appeal from the circuit
court of Lubbock county


Lower
Cause No. 2007-415-205-A


The Honorable Hon. Bradley
Underwood
   Judge

## APPELLANT'S PRO SE ENTRY OF APPEARANCE

Comes now Appellant, pro se, and in compliance with the rules of the appellate procedure and files his appearnce form as follows:

1. That a petition to obtaie a copy of the record proceedings filed in the above-captioned appeal is being submitted here with by appellant, who resides at: Bill Clements Unit 9601 spur 591 Amarillo Texas. 79107.

2. Appellant does not have a telephone number or e-mail.

3.x That Appellant ¿is unable to and connot receive service of orders and opinions by fax or any other electronic means.

4. That Appellant is preparing and filing a pro se petition for post-conviction relief in the trial court, as more fully appears in his motion for copy of recprd of preceedings.

_____
Appellant-Defendant pro se

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED HEREBY CERTIFY THAT ON THIS __29__ DAY OF __January__, 8820 __15__, I SERVED A TRUE AND CORRECT COPY OF THE FOREGOING: _Motion for copy of Record of Proceeding_ UPON:

Clerk Louise Pearson
court of criminal Appeals
P.O. Box 12308 capital station
Austin, Tx. 78711

Attorney General
P.O. Box 12548 capital station
Austin, Tx. 78711

By submitting same to a designated civilian employed of the Department of Criminal Justice for prompt processing and mailing by authorized prison personnel within the facility mailroom, with sufficient first class postage affixed, and shall be deemed filed as of that date above.

Respectfully Submitted

_David Glen Schoor_
signature

_David Glen Schoor_
name printed

T.D.C.J. # _1509964_
_Bill clements Unit 9601 spur 591_
mailing address

_Amarillo, Texas_
city                                      state

_79107_
zip code

| | | |
|---|---|---|
| DAVID G. SCHOOR | § | AN APPEAL FROM THE CIRCUIT |
| APPELLANT; | § | COURT OF LUBBOCK COUNTY |
| | § | |
| | § | |
| | § | LOWER |
| V. | § | CAUSE NO. 2007-415,205-A |
| | § | |
| | § | |
| STATE OF TEXAS | § | THE HONORABLE HON. BRADLEY |
| APPELLEE; | § | UNDERWOOD. |
| | § | JUDGE |

## MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this court to issue an order commanding the Public Defender or one of his duly authorized deputied to cause a true, complete, and accurate copy of the record filed in the above-entitled appeal to be delivered to appellant, without cost and at the earliest possible date so that appellant can prepare a petition for post-conviction relief & (P-CR). In support of this motion, Appellant would show the court as follows:

1. That he is the septemat Appellant in the above-caphkk captioned appeal.

2. That on the 19th day of Feb 2009 this court affirmed the judgment of the trial court.

3. That Appellant is in the process of reseeching and preparing a P-CR petition to challenge his conviction and sentence in the trial court.

5. That Appellant will be filing a pro-se P-CR petition.

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true complete and accurate copy of the record filed in this xxxxx Appeal to be withdrawn , photocopied, and delivered to the appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this ___29___ day of _January_ 2015.

David Glen Schoor
Appellant-Defendant pro-se

STATE OF TEXAS     §
                   §
                   §     SS:
COUNTY OF LUBBOCK   §
                   §

## AFFIDAVIT OF INDIGENCY

I, the undersigned, being first duly sworn upon my oath, deposes and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I am entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I requset.

I the undersigned affirm under penalties for perjury that the foregoing representation are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

David Glen Schoon
Appellant- Defendant pro se

DAVID G. SCHOOR
   Appellant;

      v.

STATE OF TEXAS
   Appellee;

§
§
§
§
§
§
§
§
§
§

An Appeal from the circuit
court of Lubbock county

Lower
Cause No. 2006-415-205-A

The Honorable Hon. Bradley
Underwood
Judge

### APPELLANT'S PRO SE ENTRY OF APPEARANCE

Comes now Appellant, pro se, and in compliance with the rules of the appellate procedure and files his appearnce form as follows:

1. That a petition to obtain a copy of the record proceedings filed in the above-captioned appeal is being submitted here with by appellant, who resides at: Bill Clements Unit 9601 spur 591 Amarillo Texas. 79107.

2. Appellant does not have a telephone number or e-mail.

3.x That Appellant is unable to and cannot receive service of orders and opinions by fax or any other electronic means.

4. That Appellant is preparing and filing a pro se petition for post-conviction relief in the trial court, as more fully appears in his motion for copy of record of proceedings.

*David Glen Schoor*
Appellant-Defendant pro se

# CERTIFICATE OF SERVICE

I, THE UNDERSIGNED HEREBY CERTIFY THAT ON THIS _29_ DAY OF _January_, ☒ 20 _15_ , I SERVED A TRUE AND CORRECT COPY OF THE FOREGOING: _Motion for copy of Record of Proceeding_ UPON:

_Clerk Louise Pearson_
_Court of Criminal Appeals_
_P.O. Box 12308 capital station_
_Austin, Tx. 78711_

_Attorney General_
_P.O. Box 12548 capital station_
_Austin, Tx. 78711_

By submitting same to a designated civilian employed of the Department of Criminal Justice for prompt processing and mailing by authorized prison personnel within the facility mailroom, with sufficient first class postage affixed, and shall be deemed filed as of that date above.

Respectfully Submitted

_David Glen Schoor_
signature

_David Glen Schoor_
name printed          pro se

T.D.C.J. # _1509964_

_Bill Clements Unit 9601 spur 591_
Mailing address

_Amarillo, Texas_
city                    state

_79107_
zip code

| DAVID G. SCHOOR | § | AN APPEAL FROM THE CIRCUIT |
| APPELLANT; | § | COURT OF LUBBOCK COUNTY |
| | § | |
| | § | |
| | § | LOWER |
| V. | § | CAUSE NO. 2007-415,205-A |
| | § | |
| | § | |
| | § | |
| STATE OF TEXAS | § | THE HONORABLE HON. BRADLEY |
| APPELLEE; | § | UNDERWOOD. |
| | § | JUDGE |

MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this court to issue an order commanding the Public Defender or one of his duly authorized deputied to cause a true, complete, and accurate copy of the record filed in the above-entitled appeal to be delivered to appellant, without cost and at the earliest possible date so that appellant can prepare a petition for post-conviction relief X (P-CR). In support of this motion, Appellant would show the court as follows:

1. That he is the xxxxxxxx Appellant in the above-xxxxx captioned appeal.

2. That on the 19th day of Feb 2009 this court affirmed the judgment of the trial court.

3. That Appellant is in the process of reseaching and preparing a P-CR petition to challenge his conviction and sentence in the trial court.

5. That Appellant will be filing a pro-se P-CR petition.

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true complete and accurate copy of the record filed in this cause Appeal to be withdrawn , photocopied, and delivered to the appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this ___29___ day of _January_ 2019.


David Glen Schoor
Appellant-Defendant pro-se

( EXHIBIT "A" )

STATE OF TEXAS §
§
COUNTY OF LUBBOCK § SS.
§

## AFFIDAVIT OF INDIGENCY

I, the undersigned, being first duly sworn upon my oath, deposes and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I am entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I request.

I the undersigned affirm under penalties for perjury that the foregoing representation are true to the best of my knowledge and belief.

### FURTHER AFFIANT SAYETH NOT.

David Glen Scheer
Appellant- Defendant pro se

(3)
3 OF 5

COURT OF APPEALS OF TEXAS,
AMARILLO.
APPELLATE CAUSE NO. 07-08-0170-CR.

DAVID G. SCHOOR                          An Appeal from the circuit
   Appellant;              §           court of Lubbock county
                           §
                           §
                           §
     v.                    §             Lower
                           §           Cause No. 2000-415-205-A
                           §
STATE OF TEXAS             §
   Appellee;               §             The Honorable Hon. Bradley
                                       Underwood
                                            Judge


APPELLANT'S PRO SE ENTRY OF APPEARANCE


   Comes now Appellant, pro se, and in compliance with the rules
of the appellate procedure and files his appearnce form as follows:


   1. That a petition to obtaße a copy of the record proceedings
filed in the above-captioned appeal is being submitted here with
by appellant, who resides at: Bill Clements Unit 9601 spur 591
Amarillo Texas. 79107.

   2. Appellant does not have a telephone number or e-mail.

   3.× That Appellant żis unable to and connot receive service of
orders and opinions by fax or any other electronic means.

   4. That Appellant is preparing and filing a pro se petition for
post-conviction relief in the trial court, as more fully appears
in his motion for copy of recprd of preceedings.


_David Glen Schoor_
Appellant-Defendant pro se

(4)

4 of 5

# CERTIFICATE OF SERVICE

I, THE UNDERSIGNED HEREBY CERTIFY THAT ON THIS __29__ DAY OF
_January_, ☒20 _15_ , I SERVED A TRUE AND CORRECT COPY OF THE
FOREGOING: _Motion for copy of Record of Proceeding_ UPON:

_clerk Louise Pearson_
_court of criminal Appeals_
_P.O. Box 12308 capital station_
_Austin, Tx. 78711_

_Attorney General_
_P.O. Box 12548 capital station_
_Austin, Tx. 78711_

By submitting same to a designated civilian employed of the
Department of Criminal Justice for prompt processing and mailing
by authorized prison personnel within the facility mailroom, with
sufficient first class postage affixed, and shall be deemed filed
as of that date above.

Respectfully Submitted

_David Glen Schoor_
signature

_David Glen Schoor_
name printed        pro se

T.D.C.J. # _1509964_

_Bill clements Unit 9601 spur 591_
Mailing address

_Amarillo, Texas_
City                    state

_79107_
zip code

DAVID G. SCHOOR
APPELLANT;

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

AN APPEAL FROM THE CIRCUIT
COURT OF LUBBOCK COUNTY

LOWER
CAUSE NO. 2007-419,285-A

v.

STATE OF TEXAS
APPELLEE;

THE HONORABLE HON. BRADLEY
UNDERWOOD.
JUDGE

## MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this
court to issue an order commanding the Public Defender or one of
his duly authorized deputies to cause a true, complete, and accurate
copy of the record filed in the above-entitled appeal to be deliv-
ered to appellant, without cost and at the earliest possible date
so that appellant can prepare a petition for post-conviction relief
& (P-CR). In support of this motion, Appellant would show the court
as follows:

1. That he is the applicant Appellant in the above-said captioned
appeal.

2. That on the 19th day of Feb 2009 this court affirmed the judg-
ment of the trial court.

3. That Appellant is in the process of researching and preparing
a P-CR petition to challenge his conviction and sentence in the
trial court.

9. That Appellant will be filing a pro-se P-CR petition.

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true complete and accurate copy of the record filed in this court Appeal to be withdrawn , photocopied, and delivered to the appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this ___29___ day of January 2015.

David Glen Schoor
Appellant-Defendant pro-se

STATE OF TEXAS     §
                   §
                   §     SS:
COUNTY OF LUBBOCK   §
                   §

## AFFIDAVIT OF INDIGENCY

I, the undersigned, being first duly sworn upon my oath, deposes and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I am entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I requset.

I the undersigned affirm under penalties for perjury that the foregoing representation are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

*David Glen Schoor*
Appellant- Defendant pro se

(3)
3 Of 5

COURT OF APPEALS OF TEXAS,
AMARILLO.
APPELLATE CAUSE NO. 07-08-0170-CR.

DAVID B. SCHOOR
  Appellant;

v.

STATE OF TEXAS
  Appellee;

An Appeal from the circuit
court of Lubbock county

Lower
Cause No. 2008-415-205-A

The Honorable Hon. Bradley
Underwood
Judge

### APPELLANT'S PRO SE ENTRY OF APPEARANCE

Comes now Appellant, pro se, and in compliance with the rules of the appellate procedure and files his appearnce form as follows:

1. That a petition to obtain a copy of the record proceedings filed in the above-captioned appeal is being submitted here with by appellant, who resides at: Bill Clements Unit 9601 opus 591 Amarillo Texas. 79107.

2. Appellant does not have a telephone number or e-mail.

3. That Appellant his unable to and cannot receive service of orders and opinions by fax or any other electronic means.

4. That Appellant is preparing and filing a pro se petition for post-conviction relief in the trial court, as more fully appears in his motion for copy of record of proceedings.

David Glen Schoor
Appellant-Defendant pro se

(4)
4 of 8

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this ___29___ day of
__January__, 20__15__, I served a true and correct copy of the
foregoing: _Motion for copy of Record of Proceeding_ upon:

_clerk Louise Pearson_               _Attorney General_
_court of criminal Appeals_          _P.O. Box 12548 capital station_
_P.O. Box 12308 capital station_     _Austin, Tx. 78711_
_Austin, Tx. 78711_

by submitting same to a designated civilian employee of the
Department of criminal justice for prompt processing and mailing
by authorized prison personnel within the facility mailroom, with
sufficient first class postage affixed, and it shall be deemed filed
as of the above date.

Respectfully submitted

_David Glen Schoor_
signature

_David Glen Schoor_   pro se
name printed

D.OC or T.D.C.J. # _1509964_

_Bill Clements Unit 9601 (por 59)_
Mailing address

_Amarillo, Texas_          _79107_
city          state      zip code

(5)

DAVID G. SCHOOR       §     AN APPEAL FROM THE CIRCUIT
     APPELLANT;         §     COURT OF LUBBOCK COUNTY

                      §     LOWER
       V.             §     CAUSE NO. 2007-419,205-A

STATE OF TEXAS       §     THE HONORABLE HON. BRADLEY
     APPELLEE;        §     UNDERWOOD.
                                 JUDGE

## MOTION FOR COPY OF RECORD OF PROCEEDING:

Comes now DAVID G. SCHOOR, PRO SE, to respectfully move this court to issue an order commanding the Public Defender or one of his duly authorized deputies to cause a true, complete, and accurate copy of the record filed in the above-entitled appeal to be delivered to appellant, without cost and at the earliest possible date so that appellant can prepare a petition for post-conviction relief 2 (P-CR). In support of this motion, Appellant would show the court as follows:

1. That he is the applicant Appellant in the above-said captioned appeal.

2. That on the 19th day of Feb 2009 this court affirmed the judgment of the trial court.

3. That Appellant is in the process of researching and preparing a P-CR petition to challenge his conviction and sentence in the trial court.

5. That Appellant will be filing a pro-se P-CR petition.

6. The Fifth and Fourteenth Amendments to the United States Constitution establish that Appellant be provided access to the Record.

7. That Appellant is indigent and cannot pay the fees normally charged for photocopying the requested record (see Exhibit A, attached)

WHEREFORE, Appellant prays this court to issue an order commanding the Public Defender, or one of his deputies to cause a true complete and accurate copy of the record filed in this ᴋᴀᴍxx Appeal to be withdrawn , photocopyed, and delivered to the appellant without cost, and at the earliest possible date, and for all other proper relief.

Respectfully Submitted this _____29_____ day of January 2015.

David Glen Schoor
Appellant-Defendant pro-se

STATE OF TEXAS     §
                   §
                   §    SS:

COUNTY OF LUBBOCK   §
                   §

## AFFIDAVIT OF INDIGENCY

I, the undersigned, being first duly sworn upon my oath, deposes and states:

1. That I am the appellant in the foregoing instrument.

2. That I believe I am entitled to the relief sought.

3. That because of my poverty, I do not have sufficient means, monies, properties, or other securities to pay the cost for the services that I requset.

I the undersigned affirm under penalties for perjury that the foregoing representation are true to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

*David Glen Schoor*
Appellant- Defendant pro se

(3)

DAVID G. SCHOOR
  Appellant;

v.

STATE OF TEXAS
  Appellee;

An Appeal from the circuit
court of Lubbock county

Lower
Cause No. 2007-415-205-A

The Honorable Hon. Bradley
Underwood
Judge

APPELLANT'S PRO SE ENTRY OF APPEARANCE

Comes now Appellant, pro se, and in compliance with the rules
of the appellate procedure and files his appearnce form as follows:

1. That a petition to obtain a copy of the record proceedings
filed in the above-captioned appeal is being submitted here with
by appellant, who resides at: Bill Clements Unit 9601 spur 591
Amarillo Texas. 79107.

2. Appellant does not have a telephone number or e-mail.

3.x That Appellant dis unable to and cannot receive service of
orders and opinions by fax or any other electronic means.

4. That Appellant is preparing and filing a pro se petition for
post-conviction relief in the trial court, as more fully appears
in his motion for copy of <u>record of proceedings.</u>

David Glen Schoor
Appellant-Defendant pro se

(4)

6 of 8

## CERTIFICATE OF SERVICE

I, THE UNDERSIGNED HEREBY CERTIFY THAT ON THIS ___29___ DAY OF

_January_, 🅇X20 _15_ , I SERVED A TRUE AND CORRECT COPY OF THE

FOREGOING: _Motion for copy of Record of Proceeding_ UPON:

_Clerk Louise Pearson_          _Attorney General_
_Court of criminal Appeals_     _P.O.Box 12548 capital station_
_P.O.Box 12308 capital station_ _Austin, Tx. 78711_
_Austin, Tx. 78711_

By submitting same to a designated civilian employed of the
Department of Criminal Justice for prompt processing and mailing
by authorized prison personnel within the facility mailroom, with
sufficient first class postage affixed, and shall be deemed filed
as of that date above.

Respectfully Submitted

_David Glen Schoor_
signature

_David Glen Schoor_
name printed          pro se

T.D.C.J. # _1509964_

_Bill clements Unit 9601 spur 591_
Mailing address

_Amarillo, Texas_
City                    state

_79107_
zip code